IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN HOPE                                                     PLAINTIFF

v.                     Case No. 4:20-cv-00380-LPR

JODI GIVENS, Officer                                      DEFENDANT

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After a careful and de novo review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Hope's claims are DISMISSED without prejudice due to his failure to: (1) follow the Court's Order directing him to provide the Court with a valid mailing address; and (2) prosecute his case. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 28th day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE