IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN HOPE                                                    PLAINTIFF

v.                               Case No. 4:20-cv-00380-LPR

JODI GIVENS, Officer                                       DEFENDANT

## JUDGMENT

Pursuant to the Order that was entered on May 28, 2021, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 28th day of May 2021.

                                                         _____
                                                         LEE P. RUDOFSKY
                                                         UNITED STATES DISTRICT JUDGE